# United States District Court
# Eastern District of North Carolina

**FILED MAY 12, 2025**
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

**Nigel Max Edge**
V.
Trent Frazor,
Jessica Wiegers,
Mark Simmons,
Alyson Berger,
Rachel Crowl

Case No. 7:25 CV 800-BO

**Complaint**

**Jessica Wiegers**

412 Padrick St

Martinez Ga 30907

**Mark Simmons**

2242 Harbor Ridge Dr Se

Bolivia Nc 28422

**Alyson Berger**

28 Melrose Ln

Commack Ny 11725

1

**Rachel Crowl** (Black)

7177 Oxbow Loop

Wilmington Nc 28411


**Trent (Gary) Frazor**

1178 Stewart Gin Rd

Liberty Sc 29657

# Complaint

Do to recent Revelations, Witnesses, Photographic and Video evidence it has been proven BEYOND A REASONABLE DOUBT that Nigel Edge has been concealed within a **"Civil Conspiracy,"** that has **"Human Trafficked,"** him his entire life for a **Mass Pedophile Ring run by White Supremacist Pedophiles** enabled by **"Authorities."** The following Defendants are responsible for Human Trafficking the Plaintiff Nigel Edge (Previously Sean DeBevoise), and have "Posed as friends/girlfriends/family, even fought wars together posing genuine towards Nigel Edge, however have colluded with and received payment from Nigel's Captors a **"White Supremacist Pedophile responsible for the Attacks on 9/11 and the Global War on Terror,"** in an attempt to **"Promote Suicide(attempted murder),"** observed in the plaintiff's LGBQT Plan found within his Social Security number of 122 68 6320-(0(ring)Gez(gays) 86(attempted in Iraq)122(now suicide).

Applying LGBQT/Terrorist code to the plaintiff's original name and alleged family, it is PROOF BEYOND A REASONABLE DOUBT that Nigel Edge has never had a true Friend, Family, or Wife. His entire life has been organized and strategically manipulated by lies, benefiting LGBQT/Pedophile Extremists named in this complaint. These affiliations are directly connected to the "Global War on Terrorism," the "Attacks on 9/11" and the attempt to "Ethnically Cleanse the population of people opposing Pedophilia using Chemical Weapons(poison), the motivating factor behind the "Abu Ghraib Scandal."

A True disgrace to White Supremacy, and the human race.

Social Security Number of 122 68 6320-(GEZ 86((murder(attempted in Iraq)) now suicide)

2

Nigel's Captor's have posed as family in order to vertically integrate and exploit Nigel's life, existence, and even death. Have colluded with each of these defendants in exchange for money benefiting "White Supremacist Pedophiles/Terrorists" in the Film Industry, throughout the Epstein, and Abu Ghraib Scandals as a "Hate Crime," towards a Good Person who is Straight."

It has been discovered that Nigel Edge was used unknowingly (because of the use of hidden cameras) in Epstein's Elite Pedophile Ring because he is "Endowed," and was referenced as a WMD or Weapon of Mass Destruction, then targeted for assassination in Iraq for disposal. The LGBQT Community is responsible for these scandals and was systematically cleansing the population of straight men who are not pedophiles during the Scandal, however in his survival it has been continuously targeted by the LGBQT Community because it looks bad. That a Man raised straight and NOT a pedophile or White Supremacist was then murdered by LGBQT based on their exploits made on him.

Therefore these named Defendants have been determined to be associated and have contributed to the "Human Trafficking of Nigel Edge, and exploits made on his life,"

In this discovery Nigel Edge is merely retracing his life events in applying LGBQT code exposing numerous amounts of "Hate Crimes," observed in the following **"Active Cases."**

**Veteran's Affairs** #7:25-CV-203-BO

**Novant** # 25 CVS 139-90

**Captors** # 7:25-CV-371-BO

**8th Amend on Appeal** # 25-1261

**Shaner (VA doctor)**

### Keys for interpretation

LGBQT- QTLGD-Q(You) T(Eat) LG(Large)D(Dick)

### Anagrams

A word, phrase, or name formed by rearranging the letters of another, such as cinema, formed from Iceman.

### Palindrome

A word, sentence, verse, or even number that reads the same backward or forward.

### Phonetic

3

A system of writing, having a direct correspondence between symbols and sounds, spelling words the way they sound.

**Imagery**

Visually descriptive or figurative language, especially in literary work.

**Dyslexic**-likes dicks, reading in reverse

**Numeronym**

a word, usually an abbreviation, composed partially or wholly of numerals (the plaintiff's social security number)

Attached are supporting documents intended for expected arguments of lies exposed:

-Nigel Edge is of sound mind, Highly Educated, not a criminal, and Honorable Military Veteran that has survived through the Epstein Scandal, and Abu Ghraib Scandal understanding the complexity of his situation and that everyone he is expected to depend on has been Strategically lying to him by no fault of his own. It is now exposed with Documentation that Nigel Edge, Previously Sean Debevoise (LGBQT-Latin phenetic anagram for "Going to see dead" and reason for the name change. Was "Human Trafficked," by these named defendants in their contribution to the laid-out plan found within the plaintiff's LGBQT issued Social Security number and Birth Certificate.

4



Kellie Pickler and the bottle filled with poison, previous to the attempted murder on the night of the CMA's, a separate active case.



Rachel's father, and Kellie Pickler, however, told me that he was a different person even after saying I thought it was him. The man who allegedly recorded the plaintiff and his ex-wife for Pedophilia, unknown until recent by the plaintiff.



Numerynum of 0(ring) Gay-86(murder)-122(nowsuicide)



Another active case of a doctor mistreating the plaintiff associated with LGBQT.



LGBQT birth certificate with the address converting to the Village of Suffern (U.S. Firm of Evil Gays translated from LGBQT)

### Mark Simmons

Mark Simmons; Posed as Nigel's best friend, meeting at Cape Fear Community College. Mark has vouched the plaintiff is a "Stand-up Man, (Observed in the attached article)" however has **poisoned** (involuntarily intoxicated) the plaintiff with "**Pesticides used from Bug-in-a-rug**" in cooperating with Nigel's Captor's. "**Invasion of Privacy**," Filmed Nigel while sleeping on his living Room Couch. With **hidden cameras**, similar to how his captor did with his ex-wife as children for the Epstein Scandal.

Is affiliated by intentions, use of LGBQT code, and actions to WHITE SUPREMACY LGBQT now recognized as "Terrorists."

Mark Simmons intentionally handed Nigel a sabotaged rifle loaded with an incorrect round in an attempt to wound or murder Nigel. However, the plaintiff only found out of his intent and loyalty years later.

Previous to the plaintiff's knowledge of LGBQT and this conspiracy, Mark Simmons joked with the plaintiff's face "**We're trafficking you**." Proof beyond a reasonable doubt of his participation in terrorist activities.

### Alyson Berger

Alyson Berger posed as Nigel's girlfriend and **POISONED** (involuntarily intoxicated) Nigel with Steroids, Roach Bait, Rat Poison, and Contact Solution; attempted on a couple occasions to Overdose the Plaintiff with his own pain medication. She poisoned the plaintiff's dog who is now dead.

Alyson Berger; as a supposed "Friend," from childhood hometown in NY, referenced in the movie the "Notebook,"sneaking around at night as children. Without payment to the plaintiff. Years later after surviving severe wounds from his service in Iraq, Alyson Berger colluded with Nigel's Captors and posed as Nigel's Girlfriend. She has also exploited Nigel for use in Pornography created unknowingly on Nigel's activities without Consent, exactly how Nigel's Captor's did for the Epstein Ring before his attempted murder in Iraq as a "Weapon of Mass Destruction" because he is "Endowed."

Alyson Berger slept with the plaintiff's doctor, contracted **Chlamydia (Klan aid-LGBQT)**, involuntarily intoxicated the plaintiff with Antibiotics so that he would not find out. Alyson Berger asked directly to the plaintiff's doctor for a **22(suicide)** front the plaintiff. That same doctor among others is involved in active lawsuits with the plaintiff upon the same discovery of the "Conspiracy."

8

### Jessica Weigers

Jessica Wiegers; Posed as a Straight Female in order to "Traffick the plaintiff throughout college, attending St. Andrews University. She Admitted her father abused her as a child, the plaintiff sympathized with her more than usual for that reason, however in retrospect the plaintiff has been taken advantage of his entire life based on his sympathy towards people and now knows she is a pedophile and that is how LGBQT/Terrorists Communicate and operate.



### Trent Frazor

Trent (Gary) Frazor (knew the Plaintiff from military service in Iraq); Cooperated with and aided (now recognized as TREASON in referencing a active case involving the plaintiff) White Supremacist Pedophile/terrorist in "Promoting Suicide" for Nigel Edge observed in these photographs.

His participation is obvious based on his wife's relationship to Kellie Pickler who "Poisoned the Plaintiff at the CMA's (attempted Murder), when the plaintiff met up with Trent

9

Frazor previous to the CMA's. Observed in this photograph, the date was changed to 01/02/2004. In LGBQT code similar to the plaintiff's Social Security Number reads "Now(1) for(4) Suicide(22)(1422)." Within the Military the plaintiff is considered a "HOG or Hunter of Gunmen," based on his sniper title, therefore the dead hog hanging in the photo was intended to foreshadow the plaintiff. The Plaintiff specifically remembers the defendant and the plaintiff's captor(alleged father in the picture) joking about something at the time; however the plaintiff was still trusting at the time. That WHITE SUPREMACIST PEDOPHILES have been discovered to be the reason for the entire "Global War on Terror," since this time, therefore it has been exposed that they are responsible for numerous attempts of murder towards the plaintiff as shown.



**Rachel Crowl**

Rachel was Nigel's wife at the time of his Survival of "Abu Ghraib," however the plaintiff was unaware of LGBQT and White Supremacy at this time because he has been "Trafficked." It is apparent she knew more then the plaintiff, and attempted to murder the plaintiff on many occasions. As a result, the Plaintiff filed a "Restraining Order," and "Divorce," with Rachel because he knew something was WRONG and has been SAYING Something is seriously wrong since Iraq, based on his limited information due to "Trafficking" could not

10

figure out his situation until recent motives, and discovery of LGBQT code. Leading to MULTIPLE cases, holding accountability from WHITE SUPREMACIST PEDOPHILES.

### Conclusion

Based on the facts displayed throughout this complaint, Nigel Edge, an educated, honorable and good man has been under Attack by LGBQT White Supremacist Pedophile's his entire life (Hate Crime) until the discovery of this **"Civil Conspiracy."** Indirectly these defendants have admitted there aiding of WHITE SUPREMACIST PEDOPHILIA, who during the "Abu Ghraib Scandal" in Iraq Committed "TREASON" by attempting to Murder the plaintiff. In the plaintiff's survival of Iraq, these defendants have attempted to continue with the laid out plain of "Murder," found in the plaintiff' Social Security number.

The plaintiff respectfully requests the court grant relief of $75,000.00 from each of the defendants to Nigel Edge, for Medical and Psychological Treatment from there direct involvement in "Human Trafficking" the plaintiff in accordance with a White Supremacist Pedophile Plan responsible for The Global War on Terror (attacks on 9/11) And "Promoting Suicide," of the plaintiff.

X _Nyel Edge_  5/12/2025

## Finding purpose

*Former Marine Sean DeBevoise hopes to start a charter fishing business*

Adam Wagner StarNews Staff



OAK ISLAND -- Every time a gaze lingers on the service dog at Sean DeBevoise's side, the brace on his left leg or the hitching swing in his gait, he feels obligated to explain.

He wasn't born this way, he tells them. He was shot up -- he uses those words -- while serving as a Marine sniper in Iraq. It only takes DeBevoise about five minutes to describe how a firefight broke out during the May 2006 raid of a Zaidon warehouse. By the time it was over, he had been shot four times, once in the head, and left for dead.

12

Sometimes he pulls out a smartphone to show pictures of himself prone in a hospital bed or on duty. A book of photos he keeps in his car has a snapshot of the bombed out warehouse tucked inside.

DeBevoise's tone barely changes as he describes the night that changed his life. By now, he has told the story to enough nonprofits, veteran's groups and people on the street that he readily admits he has it down to a science.

"I got them, they got me," he said. "There's not much else I could have done."

Need a break? Play the USA TODAY Daily Crossword Puzzle.

Rusty, a 10-year-old golden retriever, is often nearby during these conversations. One of the photos shows DeBevoise in a wheelchair, Rusty as a puppy in his arms. He often says he and the dog learned how to walk together and now they're getting old together.

DeBevoise gets sick of people looking at him with that mixture of curiosity and pity. And sometimes he gets sick of telling that story.

## Get the Daily Briefing newsletter in your inbox.

Start your day with the morning's top news

Delivery: Daily

Your Email

Enough doctors, family members and strangers have told DeBevoise what he cannot do. He's bound to prove what he can -- and he intends to accomplish that by starting his own charter fishing company, an

endeavor that would let him spend more time on the water, where he often finds more comfort than on land.

"The main thing for me is just to give me a purpose anymore," he said. "I know it's not a huge purpose, but it's enough to keep me busy and happy. If I can make other people happy, that's even better."

### 'Lighter'

Alyson Berger grew up with DeBevoise in a New City, New York, about 35 miles northwest of New York City. Throughout high school she had the biggest crush on the boy who would sneak out at night to wander the streets with her and her best friend.

Then the September 11 terrorist attacks happened and DeBevoise, deeply affected, was stirred to fight.

By the time Berger messaged DeBevoise on Facebook last year, they had both grown up. Each had married and divorced.

Berger and DeBevoise agreed to meet at a bar. She was already seated when he walked in the door.

Not knowing how serious his injuries were, she was immediately struck by the brace on his left knee and the way he swings his leg when he walks. She also noticed the plate on the right side of DeBevoise's head where doctors had removed a portion of his skull in the days following his injury so his brain could swell.

A few strides later, she saw how difficult it is for DeBevoise to hoist himself onto a bar stool.

14

Still, DeBevoise had the same vitality he did as a teenager, only now those dreams were tied to a person with a deeper sense of responsibility.

"Looking at him, I could tell that he's a man," she said. "He's like a man's man, in a way. He works with his hands -- he had these big hands -- he was in shape and everything."

After communicating with DeBevoise online and during occasional visits to New York, Berger decided to move to the three acres he owns in Hamlet, near Fayetteville. Upon moving in, she quickly realized DeBevoise, who technically retired in 2009, is constantly in motion.

Whether it's mowing the lawn, powerwashing the house or heading out on his boat, DeBevoise lives life amid a constant blur of activity.

During a visit to a friend's house earlier this week, for instance, DeBevoise could have laid out in the sun. That wasn't enough, Berger said. Instead, they had to jump into the still-chilly swimming pool.

"Some people would just take their retirement check they get every month and just milk it," she said, "but the guy doesn't sit still."

Since she started dating DeBevoise, Berger has heard about the night he was injured dozens of times.

"Part of me wants to be like, 'You don't have to tell this to every single person you meet,' but part of me thinks he doesn't want people to think there's something wrong with him," she said, "that's there's a reason he walks like he walks."

15

DeBevoise, she said, doesn't like wearing jeans in part because they are uncomfortable with the brace, but also so people wondering about his walk better understand his situation.

When they head out on DeBevoise's small boat -- named Triumph -- Berger notices a change come over him. In the heat of the sun, with a cold Pepsi near his hand and Rusty on board, Berger thinks DeBevoise is more at peace than he is in most circumstances.

"He's just lighter," she said.

### 'You make it work'

Marc Simmons and DeBevoise met in 2009 when they were assigned to the same American history class at Cape Fear Community College's North Campus. The men soon realized they had attended boot camp at the same time without ever meeting each other.

Within minutes of DeBevoise sitting down, Simmons, who had just bought a kayak, had to run out to feed a meter. DeBevoise said he had a kayak, too, and within days the men were paddling around Sutton Lake.

The rivalry between DeBevoise's New York Yankees and Simmons' Boston Red Sox wasn't enough to keep the men from becoming fast friends.

"We ate the same dust (in Iraq)," Simmons said. "Before he even says something, I'm reaching for what he's trying to grab. It's an unspoken bond."

16

> When Simmons' daughter was born two years ago, he asked DeBevoise -- who he describes as 'a solid guy' -- to be her godfather.

Over the course of many fishing trips, Simmons has watched as DeBevoise uses charts to navigate the ocean and, on shore, has steadily worked to recuperate from his war injuries.

In 2007, DeBevoise came to Wilmington to recuperate from his injuries after a doctor at the Tampa, Fla., Veterans Affairs hospital told him he'd be in a wheelchair for the rest of his life. Now, he can walk without a cane or a walker.

That intensity and determination, Simmons said, is why he believes DeBevoise will make his business a success.

"Every sniper I've ever met, they're the same way," Simmons said. "They get a goal in their eye, they get a goal in their sights and they won't stop until they reach that goal. He knows no bounds. When he has his sights set on something, he makes it happen."

Simmons is confident enough in DeBevoise's success that if the GoFundMe his friend has started doesn't reach its stated $250,000 goal, he's pledged to take out a second mortgage on his Leland home to help kick-start the business.

"When somebody loves to do something," Simmons said, "you make it work. No matter how hard it's going to be, you make it work. And it's something he's wanted to do for such a long time."

**'A dream'**

DeBevoise recently completed a class to receive his charter captain's license. It was there that a classmate suggested he start a Go Fund Me campaign to help with the purchase of his boat.

Often loathe to ask for help, DeBevoise has decided to take the lessons he's learned from completing an associate's degree in paralegal technology and nearly completing an MBA to try to launch his own small business. He knows the $200,000 goal might be a reach, but also believes that's what he needs to guarantee the business will work out.

"It's a dream," DeBevoise said, "so maybe it won't come true. but I want it come true, and it's not going to happen if I don't pursue it."

If it happens, he might even be able to replace that true story -- the one that takes place in a dusty desert warehouse -- with some fish tales from the ocean where he finds so much peace.

He's already picked out a name for the charter company: Headshot.

*Reporter Adam Wagner can be reached at 910-343-2389 or Adam.Wagner@StarNewsOnline.com.*

**Want to help?**

Sean DeBevoise, who was injured while serving as a U.S. Marine in Iraq, is trying to raise $200,000 to launch his own charter fishing company.

To donate, you can go to www.gofundme.com/sean-and-rustys-dream